# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DARNELL GARDNER, ) | |
| ) | |
|     Debtor, ) | CHAPTER 13 |
| _____) | CASE NO: 17-30333 |
| CLUB BABALOO, INC., ) | |
| ) | |
|     Movant, ) | CONTESTED MATTER |
| v. ) | JUDGE JAMES P. SMITH |
| ) | |
| DARNELL GARDNER and ) | |
| CAMILLE HOPE, Trustee, ) | |
| ) | |
|     Respondents. ) | |
| ) | |

## NOTICE OF HEARING ON MOVANT'S MOTION TO CONVERT CASE TO CHAPTER 7 OR IN THE ALTERNATIVE TO DISMISS

The authority of the Movant for originating this Notice is Federal Rules of Bankruptcy Procedure 9014, and 9007-1.

MOVANT HAS FILED DOCUMENTS WITH THE COURT TO CONVERT CASE TO CHAPTER 7, OR IN THE ALTERNATIVE TO DISMISS.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or

**the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant identified below or at the Clerk's office.**

If you do not want the court to grant Movant's Motion to Convert or Dismiss, or if you want the court to consider your views on the Motion, then you or your attorney shall attend the hearing scheduled to be held on

**June 28, 2017 at 2:00 p.m. at the U.S. Bankruptcy Court, Athens Division, 115 East Hancock Avenue, Athens, Georgia 30601**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

This notice is sent by the undersigned pursuant to Federal Rules of Bankruptcy Procedure 9014, and 9007-1.

Dated this 4th day of April, 2017.

                                        FORTSON, BENTLEY & GRIFFIN, P.A.

                                        By: /s/ Roy E. Manoll, III
                                              ROY E. MANOLL, III
                                              Attorney for Movant
                                              State Bar No: 469710

2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, Georgia 30606
(706) 548-1151

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DARNELL GARDNER, ) | |
| ) | |
| Debtor, ) | CHAPTER 13 |
| _____ ) | CASE NO: 17-30333 |
| CLUB BABALOO, INC., ) | |
| ) | |
| Movant, ) | CONTESTED MATTER |
| v. ) | JUDGE JAMES P. SMITH |
| ) | |
| DARNELL GARDNER and ) | |
| CAMILLE HOPE, Trustee, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## MOTION TO CONVERT CASE TO CHAPTER 7 OR IN THE ALTERNATIVE TO DISMISS

COMES NOW Club Babaloo, Inc., by and through its attorney of record respectfully shows the Court as follows:

1.

That the Debtor is indebted to Movant in the amount of $85,714.17[1] on a Judgment which was entered in Athens-Clarke County State Court on August 16, 2016 which was based on of a lawsuit to recover amounts due under a commercial lease agreement and Debtor's personal guaranty of the lease agreement.

---

[1] Debtor has additional debt owed to Movant from the date of the judgment to the date of Debtor's filing of bankruptcy pursuant to the guaranty of the Commercial Lease.

2.

On March 13, 2017, the Athens-Clarke County Superior Court entered a Permanent Injunction regarding turnover of Share Certificate of Toppers International, Inc. to Movant. Said Permanent Injunction also orders that Debtor not "allow or cause the transfer, encumbrance, or destruction of the stock certificates or other evidence of ownership of Darnell Gardner in Toppers International, Inc...." A copy of the Order entered by Athens-Clarke County Superior Court is attached hereto as Exhibit "A".

3.

On March 22, 2017, Debtor commenced this case by filing his voluntary petition for the relief under Chapter 13 of Title 11 of the United States Code.

4.

Debtor's bankruptcy filing was the day before he was ordered to produce the stock certificates of Toppers International, Inc. and turn them over to the Sheriff of Athens-Clarke County.

5.

Debtor filed his Bankruptcy case in bad faith in an attempt to avoid the judgment and payment of what is essentially a one creditor case.

6.

The stock of Toppers International, Inc. is an asset of the estate. Debtor previously testified that Toppers International, Inc. and its assets are free of any debts or encumbrances.

7.

In Debtor's schedules, Debtor lists the value of his 100% interest in Topper's International, Inc.'s stock as "unknown".

8.

Debtor's Plan proposes to avoid Movant's lien on all exempt assets. Debtor exempts the sum of $10,400.00 in Debtor's stock in Topper's International, Inc.

9.

The value of the Topper's International, Inc. stock is worth more than the exemption that Debtor has listed.

10.

Debtor's Plan further proposes to pay Movant as a secured creditor only $2,708.00 showing the collateral as non-exempt personalty.

11.

The Debtor is a person who may be a Debtor under Chapter 7 of the Bankruptcy Code. 11 U.S.C. §109(b).

12.

It is in the best interests of the Movant and the estate of the Debtor that this case be converted to a case under Chapter 7 of Title 11, United States Code or dismissed for cause, in that any delay is prejudicial to Movant and other Creditors. 11 U.S.C. §1307(c)(1)

WHEREFORE, Movant requests that the Court, after notice and hearing, convert this case to a case under Chapter 7 of Title 11, United States Code, or in the alternative, dismiss this case.

This 4th day of April, 2017.

FORTSON, BENTLEY & GRIFFIN, P.A.

By: /s/ Roy E. Manoll, III
Roy E. Manoll, III
Attorney for Movant
State Bar No: 469710

2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, Georgia 30606
(706) 548-151

*Filed in Open Court this 13th day of March, 2017*

*Eric W. Norris*

IN THE SUPERIOR COURT OF ATHENS-CLARKE COUNTY,
STATE OF GEORGIA

| | |
|---|---|
| CLUB BABALOO, INC., <br> Plaintiff, <br> vs. <br><br> TOPPERS INTERNATIONAL, INC., DARNELL GARDNER, DWAYNE GARDNER, SANDRA GARDNER, JOHN DOE, one, AND JOHN DOE, two. <br> Defendants. | Case Number: SU17CV0186-N |

**PERMANENT INJUNCTION
REGARDING TURNOVER OF SHARE
<u>CERTIFICATES OF TOPPERS INTERNATIONAL, INC.</u>**

This cause came on for final hearing on March 9, 2017, and was continued to March 13, 2017 with the consent of the parties, upon the Verified Complaint of Plaintiff, CLUB BABALOO, INC., for an injunction against Defendants DARNELL GARDNER, DWAYNE GARDNER, and SANDRA GARDNER, to require them to produce the stock certificates or other evidence of their ownership in the defendant TOPPERS INTERNATIONAL, INC., so that the Sheriff can levy upon the stock or such other evidence of ownership and conduct a judicial sale thereof to satisfy a judgment CLUB BABALOO, INC., holds against the individual defendants. The court issued a Temporary Restraining Order on February 22, 2017 setting the hearing for March 9, 2017, which remains in effect until this Permanent Injunction is entered. The court also heard testimony from DARNELL GARDNER and Staci Garrett, the agent for CLUB BABALOO, INC. Based on the verified allegations of the Complaint and the testimony presented at the hearing the court finds as follows:

1. TOPPERS INTERNATIONAL, INC. is a Georgia corporation that has its

EXHIBIT A

registered office at 1072 Mill Pointe, Watkinsville, Georgia 30677, and has an office and transacts business in Athens-Clarke County at 100 North Jackson Street, Athens, Georgia, and jurisdiction and venue are proper in this court.

2. DARNELL GARDNER is the owner of 100% of the stock of TOPPERS INTERNATIONAL, INC.

3. CLUB BABALOO, INC. is a Georgia Corporation that obtained a judgment against DARNELL GARDNER, DWAYNE GARDNER and SANDRA GARDNER jointly and severally on August 16, 2016 in the amount of $82,888.96, which is unsatisfied.

4. Pursuant to O.C.G.A. § 11-8-112 (e) and *Grossman v. Glass,* 239 Ga. 319, 236 S.E.2d 657 (1977); CLUB BABALOO, INC. is entitled to permanent injunctive relief to aid in the levy upon stock owned by DARNELL GARDNER in TOPPERS INTERNATIONAL, INC., to satisfy CLUB BABALOO, INC.'s judgment.

IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:

1. TOPPERS INTERNATIONAL, INC., is hereby enjoined and restrained from any transfer on its books of any shares of stock owned by DARNELL GARDNER. If no stock certificates have ever been issued to DARNELL GARDNER, TOPPERS INTERNATIONAL, INC., is ordered to issue such certificates and turn them over to the Sheriff of Athens-Clarke County on or before 5:00 pm on March 23, 2017, to include any replacement if necessary.

2. DARNELL GARDNER shall produce all stock certificates and all other evidence of his ownership in TOPPERS INTERNATIONAL, INC., to the

Sheriff of Athens-Clarke County for levy pursuant to the Fi Fa issued by the Clerk of the Superior Court of Athens-Clarke County on or before 5:00 p.m. __ March 23 2017; to include any replacement shares if necessary;

3. DARNELL GARDNER and TOPPERS INTERNATIONAL, INC. shall not allow or cause the transfer, encumbrance, or destruction of the stock certificates or other evidence of ownership of DARNELL GARDNER in TOPPERS INTERNATIONAL, Inc., nor shall they otherwise inhibit or delay or allow anyone else to inhibit or delay the production of said stock certificates or other evidence of DARNELL GARDNER's ownership of TOPPERS INTERNATIONAL, INC., to the sheriff for levy and judicial sale.

This 13th day of March, 2017

Eric Norris,
Judge, Western Circuit Superior Court

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the Notice of Hearing and Motion to Convert Case to Chapter 7 or in the Alternative to Dismiss and Notice of Hearing on the individuals listed below by CM/ECF:

Mr. Ernest V. Harris, Attorney for Debtor
Ms. Camille Hope, Chapter 13 Trustee
Mr. Darnell Gardner, Debtor

This 4th day of April, 2017.

By: /s/ Roy E. Manoll, III
ROY E. MANOLL, III

00417774.1/017604-000002