UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DARNELL GARDNER, | ) |
| | ) |
| Debtor, | ) |
| | ) CHAPTER 13 |
| CLUB BABALOO, INC., | ) CASE NO: 17-30333 |
| | ) |
| Movant, | ) CONTESTED MATTER |
| v. | ) HONORABLE JAMES P. SMITH |
| | ) |
| DARNELL GARDNER | ) |
| | ) |
| Respondent. | ) |
| | ) |

NOTICE OF HEARING

CLUB BABALOO, INC., MOVANT, HAS FILED DOCUMENTS WITH THE COURT TO COMPEL DOCUMENTS PURSUANT TO SUBPOENA.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the Motion to Compel Documents Pursuant to Subpoena may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to grant Movant's Motion to Compel Documents Pursuant to Subpoena, or if you want the court to consider your views on the motion, then you or your attorney shall attend the hearing scheduled to be held on

**July 26, 2017 at 2:00 p.m. at the United States Bankruptcy Court, U.S. Courthouse, 115 E. Hancock Avenue, Athens Georgia, 30601.**

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to Fed. R. Civ. P. 37(a), Bankr. Rule 2005 and Bankr. Rule 9016.

This 8th day of June, 2017.

                              FORTSON, BENTLEY & GRIFFIN, P.A.

                              By: /s/ Roy E. Manoll, III
                                  Roy E. Manoll, III
                                  Attorney for Movant

2500 Daniell's Bridge Road        State Bar No: 469710
Building 200, Suite 3A
Athens, Georgia 30606
(706) 548-1151
rem@fbglaw.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DARNELL GARDNER, | ) |
| | ) |
| Debtor, | ) |
| | ) CHAPTER 13 |
| CLUB BABALOO, INC., | ) CASE NO: 17-30333 |
| | ) |
| Movant, | ) CONTESTED MATTER |
| v. | ) HONORABLE JAMES P. SMITH |
| | ) |
| DARNELL GARDNER | ) |
| | ) |
| Respondent. | ) |
| | ) |

## MOVANT'S MOTION TO COMPEL DOCUMENTS PURSUANT TO SUBPOENA

COMES NOW Movant, by and through its counsel, and files its Motion to Compel Documents Pursuant to Subpoena under Fed. R. Civ. P. 37(a), Bankr. Rule 2005 and Bankr. Rule 9016 (hereinafter "Motion") and show the Court as follows:

1.

Movant files this Motion to compel Debtor to produce documents pursuant to Subpoena for Rule 2004 Examination.

2.

On April 6, 2007, Debtor filed a Motion for Rule 2004 Examination and for the Production of Documents with this Court. On April 10, 2017, this Court issued an Order granting Movant's Motion for Rule 2004 Examination and for the Production of Documents.

3.

Accordingly, Movant issued a Subpoena for Rule 2004 Examination (hereinafter "Subpoena") on April 11, 2017. (Exhibit "1"). Debtor was served with Subpoena on or about April 17, 2017 pursuant to Fed. R. Civ. P. 45(b). (Exhibit "2").

4.

In addition to commanding attendance at a deposition, the Subpoena required Debtor to produce documents, electronically stored information and tangible objects outlined in Exhibit "A" to Subpoena on or before May 23, 2017 to Movant.

5.

On or about May 24, 2017, Debtor's counsel informed Movant's counsel that he had a portion of the documents requested available and would have the rest available by the following day. (Exhibit "3".)

6.

In an effort to avoid imposing undue burden and expense on Debtor as required by Fed. R. Civ. P. 45(d)(1), Movant retrieved documents from Debtor's counsel on May 25, 2017, and agreed to make any necessary copies. (Id.)

7.

A majority of the documents produced were not requested by Movant, namely daily logs of dancers' hours and pay. Debtor failed to produce the following requested documents:

    a. State tax returns for 2014 and 2015;
    b. Banks statements for 2014 and part of 2017;
    c. General ledger detail for the last three years or access to accounting software;
    d. Debt documents, equity transaction backup and other contracts;
    e. Credit card statements;
    f. Loan statements;
    g. Payroll and payroll tax filings;
    h. Applicable sales and use tax filings; and
    i. Onsite ATM activity.

8.

Pursuant to Fed. R. Civ. P. 37(a)(2), on or about May 26, 2017, Movant's counsel emailed Debtor's counsel in a good faith attempt to resolve this discovery dispute without intervention of the Court. (Exhibit "4".) Debtor's counsel advised that he had spoken with Debtor and the Debtor was in the process of getting more

documents available. On June 6, 2017, Debtor's Attorney forwarded additional documents to Movant's attorney. However, those documents did not fully comply with Movant's Subpoena. Debtor produced six (6) additional pages of documents. Debtor has not responded completely to Movant's good faith attempt to resolve the discovery dispute.

9.

Due to Debtor's failure to produce the documents pursuant to the Subpoena, the deposition scheduled for June 6, 2017 had to be continued. Movant believes that Debtor is intentionally delaying providing Movant the documents listed in the Subpoena.

10.

Movant respectfully submits that all information sought by it is relevant and likely to lead to the discovery of additional relevant evidence in this matter. Debtor should be required to produce this information. Accordingly, Movant respectfully requests the Court award attorneys' fees and costs associated with this Motion under Fed. R. Civ. Pro. 37(a)(4). Movant is prepared to provide written documentation of such fees and to testify concerning the appropriateness thereof if necessary.

WHEREFORE, for the reasons stated herein, Movant respectfully request

that the Court:

(a) Order Debtor to, within ten (10) days of the grant of Movant's Motion, to produce all documents listed in ¶7 of this Motion;

(b) Order Debtor to compensate Movant for the costs incurred in bringing this Motion, including, but not limited to, attorneys' fees; and

(c) Impose upon Debtor other sanctions as the Court determines just and appropriate.

Respectfully submitted this 8th day of June, 2017.

                        FORTSON, BENTLEY AND GRIFFIN, P.A.

                        By: /s/ Roy E. Manoll, III

2500 Daniell's Bridge Road     Roy E. Manoll, III
Building 200, Suite 3A          Attorney for Movant
Athens, Georgia 30606         State Bar No: 469710
(706) 548-1151
rem@fbglaw.com

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____Middle_____ District of _____Georgia_____

In re __Darnell Gardner__          Case No. __17-30333__
           Debtor
                                   Chapter __13__

## SUBPOENA FOR RULE 2004 EXAMINATION

To: ____Darnell Gardner____
    *(Name of person to whom the subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE Fortson, Bentley & Griffin, P.A. 2500 Daniell's Bridge Road Building 200, Suite 3A Athens, Georgia 30606 | DATE AND TIME June 6, 2017 at 10:00 a.m. |
|---|---|

The examination will be recorded by this method: __certified court reporter__

☒ *Production:* You, or your representatives, must also ~~produce at the place, date, and time specified below~~ produce to Movant on or before May 23, 2017 the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See Exhibit "A" attached hereto.

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __April 11, 2017__

CLERK OF COURT

OR _/s/ Roy E. Manoll, III_
                                    *Attorney's signature*
*Signature of Clerk or Deputy Clerk*   Roy E. Manoll, III

The name, address, email address, and telephone number of the attorney representing *(name of party)*
__Club Babaloo, Inc.__, who issues or requests this subpoena, are:
Roy E. Manoll, III; Fortson, Bentley & Griffin, P.A.
2500 Daniell's Bridge Road, Building 200, Suite 3A, Athens, GA 30606 (706) 548-1151

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



## Exhibit "A" to Subpoena for Rule 2004 Examination

The following documents from Toppers International, Inc.:

a.   Last three years' tax returns.
b.   Last three years' financial statements (balance sheet, income statement, etc.)
c.   Access to General Ledger Detail for the last three years or access to Accounting Software.
d.   Access to source documentation: Bank statements, debt documents, equity transaction backup (stock transfers, etc.), other contracts.
e.   Bank statements
f.   Daily cash reports (POS system reports)
g.   Credit card statements
h.   Loan statements
i.   Payroll and payroll tax filings
j.   Applicable sales and use tax filings
k.   Onsite ATM activity
l.   AP/Vendor Invoices (liquor, etc.)
m.   Liquor license information.



**SO ORDERED.**

**SIGNED this 10 day of April, 2017.**

_James P. Smith_
James P. Smith
Chief United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| DARNELL GARDNER, | ) CHAPTER 13 |
| | ) CASE NO: 17-30333 |
| Debtor. | ) |
| | ) |
| CLUB BABALOO, INC., | ) CORE PROCEEDING |
| | ) |
| Movant, | ) |
| | ) HONORABLE JAMES P. SMITH |
| v. | ) |
| | ) CONTESTED MATTER |
| DARNELL GARDNER, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## ORDER GRANTING MOVANT'S MOTION FOR RULE 2004 EXAMINATION AND FOR PRODUCTION OF DOCUMENTS

Upon the motion of Movant Club Babaloo, Inc. for the examination and

production of documents of the debtor above-named:

It is ordered that the Debtor produce to Movant at the law office of Fortson, Bentley & Griffin, P.A., 2500 Daniell's Bridge Road, Building 200, Suite 3A, Athens, Georgia 30606, the documents identified in Movant's Motion on or before May 23, 2017.

It is further ordered, that Debtor appear at the law office of Fortson, Bentley & Griffin, P.A., 2500 Daniell's Bridge Road, Building 200, Suite 3A, Athens, Georgia 30606 on June 6, 2017 at 10:00 a.m., to submit to an examination under oath pursuant to Bankruptcy Rule 2004, and that a copy of this order be delivered to the debtor and debtor's counsel.

### END OF DOCUMENT.

Order prepared and submitted by:
Roy E. Manoll, III
Attorney for Movant
State Bar No: 469710
Fortson, Bentley & Griffin, P.A.
2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, Georgia 30606
(706) 548-1151
rem@fbglaw.com

00419843.1/017604-000002

## Kathi D. Dodson

| | |
|---|---|
| From: | administrator@gamb.uscourts.gov |
| Sent: | Tuesday, April 11, 2017 8:34 AM |
| To: | gamb_ecf@gamb.uscourts.gov |
| Subject: | 17-30333 Order on Motion for 2004 Examination |

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court
Middle District of Georgia

Notice of Electronic Filing

The following transaction was received from Hayes, T. entered on 4/11/2017 at 8:34 AM EDT and filed on 4/10/2017

Case Name: Darnell Gardner
Case Number: 17-30333 https://ecf.gamb.uscourts.gov/cgi-bin/DktRpt.pl?367821

Document Number: 21
Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.gamb.uscourts.gov/doc1/052018144531?pdf_header=&magic_num=59532515&de_seq_num=95&caseid=367821

Docket Text:
Order Granting Motion for 2004 Examination (Related Doc # [20]) Signed on 4/10/2017.    (Hayes, T.)

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: 00420006.PDF
Electronic document Stamp:
[STAMP bkecfStamp_ID=970768733 [Date=4/11/2017] [FileNumber=21546817-0]
[51ed658900651cc000162a28179295f3bce2b21e870482ef9e9bd97a6e025fedde7512d277dcb432a5b1ca04ad9a102caf
0698a84ddb3626523cd0435ce22840]]

17-30333 Notice will be electronically mailed to:
Darnell Gardner
gardnerceo@gmail.com

Ernest V. Harris on behalf of Debtor Darnell Gardner eharris@harrisliken.com, cdavis@harrisliken.com;admin@harrisliken.com

1

Camille Hope
docomt@chapter13macon.com, docomt2@chapter13macon.com

Roy E. Manoll, III on behalf of Creditor   Club Babaloo, Inc.
kdd@fbglaw.com

Roy E. Manoll, III on behalf of Plaintiff   Club Babaloo, Inc.
kdd@fbglaw.com

 U.S. Trustee - MAC
Ustp.region21.mc.ecf@usdoj.gov


17-30333 Notice will not be electronically mailed to:

2

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: __Brandon Moseley__
on *(date)* __4/17/2017__

☒ I served the subpoena by delivering a copy to the named person as follows: __Ernest V. Harris, attorney for Debtor Darnell Gardner at 325 N. Milledge Avenue, 2nd Floor, Athens, Georgia__
_____ on *(date)* __4/17/2017__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: __June 8, 2017__

_____
*Server's signature*

__Brandon Moseley__
*Printed name and title*

c/o Fortson, Bentley & Griffin, P.A.
2500 Daniell's Bridge Road
_____
*Server's address*
Building 200, Suite 3A
Athens, Georgia 30606

Additional information concerning attempted service, etc.:

EXHIBIT "2"

Roy E. Manoll, III

**From:** Ernest V. Harris <eharris@harrisliken.com>
**Sent:** Wednesday, May 24, 2017 3:30 PM
**To:** Roy E. Manoll, III
**Cc:** howardtscott@att.net; 'Gary Gerrard'
**Subject:** RE: Darnell Gardner

Will do.

Ernest V. Harris
**Harris & Davis, P.C.**
325 N. Milledge Avenue, 2nd Floor, Athens, GA 30601
Post Office Box 1586, Athens, GA 30603
706.613.1953 Office, 706.613.0053 Facsimile
www.HarrisDavisPC.com

---

**From:** Roy E. Manoll, III [mailto:rem@fbglaw.com]
**Sent:** Wednesday, May 24, 2017 1:22 PM
**To:** 'Ernest V. Harris'
**Cc:** howardtscott@att.net; 'Gary Gerrard'
**Subject:** RE: Darnell Gardner

Ernie:

I will send the runner tomorrow so that we only have to make one trip. Please let me know when Mr. Gardner brings you the rest of the documents. Thanks, Roy.

---

**From:** Ernest V. Harris [mailto:eharris@harrisliken.com]
**Sent:** Wednesday, May 24, 2017 11:52 AM
**To:** Roy E. Manoll, III
**Subject:** Darnell Gardner

Roy I have a bank box full of documents but he is bringing more by today. Some of the documents you wanted were in Sandra Gardner's basement and he had to go through her stuff to get thise. You can pick up what I have today or send your runner over tomorrow and get everything in one trip. You can copy whatever you want and I am entrusting these with you as I we have not made a copy. Please return when you have finished your review and copied what you want. Please let me know if he's coming today or tomorrow.

Ernest V. Harris
**Harris & Davis, P.C.**
325 N. Milledge Avenue, 2nd Floor, Athens, GA 30601
Post Office Box 1586, Athens, GA 30603
706.613.1953 Office, 706.613.0053 Facsimile
www.HarrisDavisPC.com


EXHIBIT "3"

1

## Kathi D. Dodson

**From:** Kathi D. Dodson
**Sent:** Friday, May 26, 2017 2:07 PM
**To:** eharris@harrisliken.com
**Subject:** Darnell Gardner - Documents in response to Subpoena

Good afternoon Ernie:

Roy asked that I e-mail you concerning the documents that were picked up from your office yesterday afternoon.

Most of the documents produced are copies of the Daily Log reports which show which dancer worked, what hours, what they were paid, etc. There are receipts stapled to each log, however, there is nothing identifying what these receipts are for.

We received the complete set of tax returns for 2016. However, we are missing the state tax returns for 2014 and 2015.

We are also missing the bank statements for 2014 and for the first part of 2017. We have 2015 and 2016.

We have **no records** for the following:

1. General Ledger Detail for the last three years or access to Accounting Software;
2. Debt documents, equity transaction backup (stock transfers, etc.), other contracts;
3. Daily cash reports (POS system reports);
4. Credit Card Statements;
5. Loan Statements;
6. Payroll and payroll tax filings;
7. Applicable sales and use tax filings; and
8. Onsite ATM Activity

Can you please get with Mr. Gardner and then let Roy know when he can expect to receive these documents.

We look forward to hearing from you in the near future. Have a great Memorial Day.

Kathi Dodson
Paralegal

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that s proprietary, privileged, confidential, or otherwise legally prohibited from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail or telephone at 706-548-1151, and delete all copies of the message.

Fortson, Bentley & Griffin, P.A. 2500 Daniell's Bridge Road, Building 200, Suite 3A, Athens, Georgia 30606


EXHIBIT "4"

1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of Movant's Motion to Compel Documents Pursuant to Subpoena and Notice of Hearing on the individuals listed below by CM/ECF addressed to:

Ernest V. Harris, Debtor/Respondent's Attorney
Camille Hope, Chapter 13 Trustee
Darnell Gardner, Debtor/Respondent

This 8th of June, 2017.

/s/ Roy E. Manoll,
Roy E. Manoll, III
Attorney for Movant