# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| DARNELL GARDNER, | ) |
| | ) CASE NO: 17-30333-JPS |
| Debtor, | ) |
| _____ | ) |

## NOTICE OF WITHDRAWAL

Please take notice that an Objection to Confirmation was filed by Club Babaloo, Inc. by and through its attorney, in the above referenced case.

The reasons for Movant's Objection to Confirmation having been resolved, Movant hereby withdraws its Objection to Confirmation.

This 20th day of September, 2017.

                                        FORTSON, BENTLEY & GRIFFIN, P.A.

                                        By: /s/ Roy E. Manoll, III
                                              Roy E. Manoll, III
                                              Attorney for Movant

2500 Daniell's Bridge Road          State Bar No: 469710
Building 200, Suite 3A
Athens, Georgia 30606
(706) 548-1151
rem@fbglaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the Notice of Withdrawal of Objection to Confirmation on the individuals listed below by CM/ECF addressed to:

    Ernest V. Harris, Debtor's Attorney
    Camille Hope, Chapter 13 Trustee
    Darnell Gardner, Debtor/Movant

This 20th of September, 2017.

                                                  /s/ Roy E. Manoll,
                                                Roy E. Manoll, III
                                                Attorney for Movant